

**MEMO ENDORSED**

JOHN N. ORSINI
jorsini@fklaw.com
212.833.1186

September 17, 2024

Application GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for October 7, 2025 at 3:00 p.m., is RESCHEDULED for October 8, 2025 at 3:00 p.m. The deadline for the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order remains unchanged. The Clerk of Court is respectfully directed to terminate ECF No. 39.

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Dated: September 18, 2025
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:   *Constrafor, Inc. v. Federal Deposit Insurance Corporation, as Receiver for Signature Bank*, No. 1:24-cv-4402-JGLC

Dear Judge Clarke:

    This firm represents defendant the Federal Deposit Insurance Corporation, as Receiver for Signature Bank ("FDIC-R") in the action referenced above. We submit this letter, pursuant to the Rule 2.e of the Court's Individual Rules and Practices in Civil Cases, to seek an adjournment of the Initial Pretrial Conference the Court has scheduled for October 7, 2025, at 3:00 p.m., by Microsoft Teams (*see* ECF 37 at p. 18). There have been no prior requests for an adjournment of this conference. The reason for the request is that I am lead counsel in another matter in which I am scheduled to take the deposition of my adversary's corporate representative on October 7. I expect that deposition will continue into the afternoon, and would prefer, if convenient for the Court, to appear for the conference on another day rather than interrupt the deposition.

    We have attempted to contact counsel for Plaintiff to seek their consent and availability—by email on September 15, by telephone this morning, and by email again early this afternoon—but have received no response. Accordingly, I am not able to propose mutually agreeable alternative conference dates. Instead, I can offer at this time the following dates and times that would work for FDIC-R: October 6 (any time); October 7 (any time); October 9 (before 11:00 a.m.); or October 10 (any time).

I thank the Court for its consideration of this request.

    Respectfully submitted,

    */s/ John N. Orsini*

    John N. Orsini

cc:   All counsel of record (*via ECF*)