**Sherman Atlas Sylvester & Stamelman**

Anthony C. Valenziano
Partner

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

September 30, 2025



<u>VIA ECF</u>

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Re:**   ***Constrafor, Inc. v. Flagstar Bank, N.A.*,**
**Civil Action No. 1:25-cv-4961**

***Constrafor, Inc. v. FDIC*,**
**Civil Action No. 1:24-cv-4402**

Dear Judge Clarke:

We represent Flagstar Bank, N.A. ("Flagstar") in the above-referenced matter.  With the consent of counsel for plaintiff Constrafor, Inc. ("Plaintiff"), we write to respectfully request that Flagstar's time to respond to the Complaint in this matter be extended until October 21, 2025.  The reason for the requested extension is that the parties are currently discussing the filing of a stipulation that would result in the dismissal of this matter and obviate the need for motion practice.

Thank you for your Honor's consideration of this matter.

Respectfully Submitted,

*Anthony C. Valenziano*

Anthony C. Valenziano

cc:   All Counsel of Record (via ECF)

4926-3311-8313, v. 1

Application GRANTED. Flagstar's time to respond to the Complaint is hereby EXTENDED until October 21, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 2, 2025
New York, New York