



**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

November 10, 2025

**VIA ECF**

Honorable Jessica G. L. Clarke, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Constrafor, Inc. v. Federal Deposit Insurance Corporation, as
> Receiver for Signature Bank,* No. 24-cv-4402

Dear Judge Clarke:

   We represent defendant the Federal Deposit Insurance Corporation as Receiver for Signature Bank, in the above-captioned matter. We write jointly with counsel for Plaintiff to seek an extension until **November 14, 2025** for the parties to file a proposed stipulation regarding the production of electronically stored information ("ESI Stipulation").

   The October 9, 2025 Civil Case Management Plan and Scheduling Order provides that any ESI Stipulation shall be filed within 30 days of the date of that order. (ECF No. 47.) The parties wish to file an ESI Stipulation and are working with their respective e-discovery teams on a draft, but require additional time to reach agreement on the terms. Accordingly, the parties seek an extension from the current November 10, 2025, deadline until November 14, 2025 to file a proposed ESI Stipulation.

   This is the first request for an extension of this deadline. The parties' next scheduled appearance before the Court is April 7, 2026 at 11:00 a.m.

   Respectfully submitted,

*/s/ John N. Orsini*

John N. Orsini

cc: *All counsel of record (via ECF)*

Application GRANTED. The deadline for the filing of any ESI Stipulation is hereby EXTENDED to November 14, 2025.

SO ORDERED.

*Jessica Clarke*

Jessica G. L. Clarke, United States District Judge

Dated: November 10, 2025
New York, New York